UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. |
| Plaintiff, | : | |
| v. | : | Magistrate Judge Mark D. Fox |
| LESLIE WASSER, | : | **PERSONAL RECOGNIZANCE** |
| Defendant. | : | |

-----------------------------------------------------------x

# 08 CRIM. 0265

I, __LESLIE WASSER__, having been charged by way of (indictment/(information)/complaint) with the offense of __18 USC 371__ in violation of _____, having appeared in the United States District Court for the Southern District of New York in response thereto and having been advised of the terms and conditions of release pursuant to the Bail Reform Act, 18 U.S.C. §3141 et seq., and in particular the possible penalty prescribed by 18 U.S.C. §3146 for failure to appear before a court as required by the conditions of release, do hereby commit myself to make all such appearances of which I have received proper and timely notice. TRAVEL RESTRICTED TO USA CONTINENTAL SURRENDER PASSPORT AND MAKE NO NEW APPLICATION FOR A PASSPORT

_Leslie W___
Defendant

70 WOODBINE RD, NEW CITY, NY 10956
Address

845-634-9568
Telephone Number

Date  3/26/08

APPROVED: _____/s/_____
Mark D. Fox
United States Magistrate Judge